**No. 68278.**—Polk's Model Craft Hobbies, Inc., et al. *v.* United States, protests 60/906(A), etc. (New York).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of HO gauge figures of people, pieces of equipment, and buildings similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), except that certain of such articles are composed of plastic material, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JANUARY 30, 1964

**No. 68279.**—American Pecco Corp. *v.* United States, protest 62/17276–13025 (Chicago).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

JANUARY 27, 1964

**No. 68280.**—Appeal 5154.—United States *v.* The O. E. M. Corp.—

—C.D. 2402. Appeal dismissed November 27, 1963.